**Opinion issued October 21, 2014**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-12-01157-CV

————————————

**OFELIA VILLAGRAN GONZALEZ, Appellant**

**V.**

**EMMA GONZALEZ GUTIERREZ, INDIVIDUALLY AND A/N/F OF
KRISTOPHER GUTIERREZ, Appellee**

---

**On Appeal from the 333rd District Court
Harris County, Texas
Trial Court Case No. 2011-32026**

---

## MEMORANDUM OPINION

Appellant, Ofelia Villagran Gonzalez, has failed to timely file a brief. *See*

TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of

appellant to file brief). After being notified that this appeal was subject to

dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 42.3(b)

(allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Higley, Bland, and Sharp.